## In re CELADON TRUCKING SERVICES, INC., Jesus Mesta, and Dolores Rosales, Relators.

### No. 08–05–00099–CV.

Court of Appeals of Texas, El Paso.

April 12, 2005.

Steven L. Hughes, Mounce, Green, Myers, Safi & Galatzan, El Paso, for Relator.

John P. Mobbs, El Paso, for Interested Party.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

## OPINION ON PETITION FOR WRIT OF MANDAMUS

ANN CRAWFORD McCLURE, Justice.

Relators, Celadon Trucking Services, Inc., Jesus Mesta, and Dolores Rosales, ask this Court to issue a writ of mandamus against the Honorable Luis Aguilar, Judge of the 120th District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer,* 827 S.W.2d 833, 840 (Tex.1992)(orig.proceeding). Moreover,

there must be no other adequate remedy at law. *Id.* Based on the record before us, we are unable to conclude that Relators do not have an adequate remedy by appeal. Accordingly, we deny mandamus relief. *See* Tex.R.App.P. 52.8(a). Our opinion should not be construed as a ruling on the merits of the choice of law issue presented in this mandamus proceeding.